EFiled: Apr 19 2024 09:37AM EDT
Filing ID 72784376
Case Number 380,2023

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JASON MOSS, | § | |
| | § | No. 380, 2023 |
| Petitioner-Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2023-0156 |
| CRA GROUP HOLDINGS, LLC, | § | |
| | § | |
| Respondent-Below, | § | |
| Appellee. | § | |

Argued: April 10, 2024
Decided: April 19, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

### ORDER

This 19th day of April, 2024, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its September 8, 2023 bench ruling and September 12, 2023 letter order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice